# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2019

157269

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ALENNA MARIE ROCAFORT,
     Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC:  157269
COA:  321804
Kent CC:  13-000391-FH

On order of the Court, the application for leave to appeal the January 2, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019



Clerk

s0522